UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Brick, et. al,

        Plaintiff(s),

v.

The University of Michigan

        Defendant(s).
_____/

Case No. 24-12090

Honorable Brandy R. McMillion

Magistrate Judge Anthony P. Patti

### ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: August 14, 2024

s/Anthony P. Patti
Anthony P. Patti
U.S. Magistrate Judge

Pursuant to this order, this case is reassigned to Magistrate Judge Elizabeth A. Stafford.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: 8/14/2024

s/K. Brown
Deputy Clerk