UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN BRICK, and MAXIM TICKETS, INC., | ) ) ) No. 2:24-cv-12090 |
| Plaintiffs, | ) Hon. Brandy R. McMillion ) Mag. Judge Anthony P. Patti |
| vs. | ) ) |
| The University of Michigan, | ) ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

Plaintiffs, Kevin Brick ("Mr. Brick") and Maxim Tickets, Inc. ("Maxim Tickets") (collectively, "Plaintiffs"), by their undersigned attorneys and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), file their Notice of Dismissal of this action, without prejudice.

Respectfully submitted,

KEVIN BRICK and MAXIM TICKETS, INC.

By:   /s/ Robert H. Smeltzer
          One of their attorneys

Robert H. Smeltzer
Alyssa Friedman
Kilpatrick Townsend & Stockton, LLP
175 W. Jackson Blvd, Suite 950
Chicago, Illinois 60604
(312) 364-2500 - Phone
rsmeltzer@ktslaw.com
astochel@ktslaw.com
afriedman@ktslaw.com

Eric S. Rein
Kilpatrick Townsend & Stockton LLP
500 West Madison Street, Suite 3700

1

Chicago, IL 60661
Direct: (312) 606-3227
Fax: (312) 267-2240
rrein@ktslaw.com