UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEVIN BRICK, ET AL.,

      Plaintiffs,　　　　　　　　　　　Case No. 24-cv-12090
                                      Hon. Brandy R. McMillion
v.

THE UNIVSERITY OF MICHIGAN,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs (ECF NO. 11), this case is **DISMISSED WITHOUT PREJUDICE** and Defendant's Motion to Dismiss (ECF NO. 8) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                      s/Brandy R. McMillion
                                      BRANDY R. MCMILLION
                                      UNITED STATES DISTRICT JUDGE

Dated:  December 6, 2024


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2024, by electronic means and/or ordinary mail.

                                      s/L. Hosking
                                      Case Manager